**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **No. 5:12CV11** |
| | § | |
| **CASHIER'S CHECK NO. 101880** | § | |
| **IN THE AMOUNT OF $1,125,000.00** | § | |

## MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections to the Report and Recommendation were filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is

**ORDERED** that Motion for Default Judgment (Dkt. No. 8) is **GRANTED**. It is further

**ORDERED** that judgment of forfeiture is hereby entered in favor of the United States; that all right, title, and interest in the defendant property is vested in the United States; and that the defendant property shall be disposed of according to law.

**It is SO ORDERED.**

**SIGNED this 13th day of September, 2012.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE